**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-21381-EA**

**Carlos Alberto Pedrozo Echevarria**,

        Petitioner,

v.

**Warden, Krome North Service Processing**
**Center, *et al.*,**

        Respondents.

_____/

**ORDER TO BRIEF THE COURT'S SUBJECT MATTER**
**JURISDICTION AND DENYING MOTION**

This cause comes before the Court on a *sua sponte* review of the record.  The Court takes no position on the merits of the Petition or claims contained therein. [1]  However, to permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The parties **shall** brief the Court's subject matter jurisdiction under 8 U.S.C. §§ 1252(b)(9) and/or (g).

2. Respondents shall have **7 days** from the issuance of this Order to file a Response to the Petition.  The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to Respondent's filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on

---

[1] While the Court notes, in light of Respondent's filing [ECF No. 5], the existence of a prior matter initiated by Petitioner challenging his re-detention, the Court reserves judgment on whether the instant action is sufficiently similar to warrant barring its consideration.  *See Schlup v. Delo*, 513 U.S. 298, 317–27 (1995) (discussing the historic evolution of the common-law doctrine of *res judicata* as applied to habeas petitions).

which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.

3. Petitioner may, but need not, file a Reply to the Response. If Petitioner elects to file a Reply, it shall be due **within 7 days** of the date on which the Response is filed and shall not exceed 10 pages. *See* S.D. Fla. L.R. 7.1(c)(2). The Court will not consider an untimely Reply. *See* Rules 1(b), 5(e), Rules Governing Section 2254 Cases in the United States District Courts.

4. **Nothing in this Order should be construed as a comment on the ultimate merits of the Petition or the claims contained therein**.

5. Petitioner's Motion to Expedite Consideration of the Petition [ECF No. 3] is **DENIED**. Petitioner has failed to demonstrate a substantial likelihood of success on the merits of his claims. *See Mokanu v. Warden Mia. Fed. Detention Ctr.*, --- F. Supp. 3d ----, No. 1:25-cv-24121-EA, 2026 WL 472294, (S.D. Fla. Feb. 19, 2026); *Mbutha v. U.S. Immigration and Customs Enforcement*, ---F. Supp. 3d ---, No. 25-cv-23593-EA, 2025 WL 3550997 (S.D. Fla. Dec. 11, 2025).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of March 2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Provided To:

**Carlos Alberto Pedrozo Echevarria,** *pro se*
A# 024787239
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street

Miami, FL 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**H. Ron Davidson**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9405
Fax: 305-536-4699
Email: h.ron.davidson@usdoj.gov

3